UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. 6:05CR22 |
| CURTIS WAYNE ALLBRIGHT | § | |

### ORDER

The above entitled and numbered criminal action was referred to United States Magistrate Judge Harry W. McKee pursuant to 28 U.S.C. §636.  The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.  The defendant waived her right to appear at sentencing and her right to the ten day objection period.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

 **SIGNED this 7th day of September, 2005.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE